# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TERRY M. GIVENS**                                                                     **PLAINTIFF**
**#74228**

v.                      **CASE NO. 4:24-CV-00091-BSM**

**GORE,** *et al.*                                                                   **DEFENDANTS**

## ORDER

Having reviewed the record *de novo*, Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 4] is adopted and Terry Givens's complaint is dismissed without prejudice. This dismissal counts as a strike for purposes of 28 U.S.C. section 1915(g) and an *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 29th day of February, 2024.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE