IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY M. GIVENS**                                                             **PLAINTIFF**
**#74228**

v.                  CASE NO. 4:24-CV-00091-BSM

**GORE,** *et al.*                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of February, 2024.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE